## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| AARON SLEDGE, | ) | 3:19-cv-00181-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | March 3, 2020 |
| CHUCK ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KAREN WALKER</u>   REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's "Motion for Sheriff Dept to Provide Chuck Allen Address Under Seal" (ECF No. 14).  It appears from the docket that the United States Marshal Service attempted service on Defendant Chuck Allen but said service form was returned as Defendant Allen is no longer employed with the State of Nevada. (ECF No. 11.)

**IT IS HEREBY ORDERED** that Plaintiff's "Motion for Sheriff Dept to Provide Chuck Allen Address Under Seal" (ECF No. 14) is **GRANTED**.

**IT IS FURTHER ORDERED**, that within **fourteen (14) days of the date of this order**, the Washoe County District Attorney's Office is directed to file the last known address of Defendant Chuck Allen under seal and provide notice of such filing when accomplished.  Once the last known address for Defendant Allen has been obtained, the court will direct the United States Marshal Service to re-attempt service.

DEBRA K. KEMPI, CLERK

By: _____/s/_____
                Deputy Clerk